■ MARY JOY, Individually and as Administratrix of the Estate of HARRY JOY, Deceased, Respondent, v. CITY OF JAMESTOWN et al., Defendants, and JAMESTOWN MOTOR BUS TRANSPORTATION COMPANY, Appellant.— Order affirmed, with costs. Memorandum: Though we do not adopt in their entirety the views expressed by the trial court, we believe the ultimate decision setting aside the verdicts in the interests of justice was sound since the verdicts in our opinion were against the weight of the evidence. All concur, except Williams, J., who dissents and votes to reverse the order and to reinstate the verdict of the jury. (Appeal from order of Chautauqua Trial Term setting aside the verdict of a jury in favor of defendant bus company for no cause of action, and granting a new trial as to said defendant, in a negligence action.) Present — Kimball, J. P., Williams, Bastow, Goldman and Halpern, JJ.

■ MILDRED A. SMITH, as Executrix of LEONARD E. SMITH, Deceased, et al., Respondents, v. JERRY OKERLUND, INC., Appellant.— Judgment and order affirmed, with costs. All concur. (Appeal from a judgment of Chautauqua Trial Term for plaintiffs in an action for damages for personal injuries sustained by plaintiff's intestate and for property damage to a taxicab owned by plaintiff Ideal Taxi Company, alleged to have been caused by negligent parking of equipment on a public street. The order denied a motion for a new trial.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES STEPHEN ST. ANDREWS, Respondent, against WALTER B. MARTIN, as Warden of Attica Prison, Appellant.— Order reversed, writ dismissed, and relator remanded to the custody of the Sheriff of Onondaga County at Attica Prison to be returned to the Onondaga County Court, with directions to vacate the resentence of the relator on March 27, 1958 as a first felony offender upon his conviction of burglary in the third degree on April 8, 1957, and to resentence the relator thereon as a second felony offender. (See *People ex rel. Rapacki* v. *Martin,* 6 A D 2d 757.) All concur. (Appeal from an order of Wyoming County Court ordering that relator be remanded to the Sheriff of Onondaga County at Attica Prison to be returned to Onondaga County Court for further proceedings upon his conviction of the crime of burglary, third degree.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ HELEN PETRISKI, as Committee of the Person and Property of JOSEPH PETRISKI, an Incompetent, et al., Respondents, v. HAROLD WARD et al., Appellants.— Motion to modify the decision entered March 5, 1958, or for reargument denied in all respects. Present — McCurn, P. J., Williams, Bastow and Goldman, JJ.

■ KLARA GELETUCHA, as Administratrix of the Estate of ANTONI GELETUCHA, Deceased, Appellant, v. 222 DELAWARE CORP., Defendant, and 1 HOUR DURA CLEANING, INC., Respondent, et al., Defendants.— Motion granted to orally argue the matters contained in the supplemental record; respondent's brief to be filed and served on or before December 1, 1958.

■ WILLIAM J. HAEHN, Respondent, v. HAROLD M. JOHNSON, Appellant.— Motion to vacate order dismissing appeal pursuant to rule X denied on the ground that defendant has failed to show any merit to the appeal.